Díaz Brothers, Plaintiffs and Appellants, *v.* Palau, Defendant and Appellee.

Appeal from the Second District Court of San Juan in an Action of Unlawful Detainer.—Memorandum of Costs.

No. 3001.—Decided June 8, 1923.

Appeal — Unlawful Detainer — Costs. — An order made by a district court fixing the amount of costs allowed in an action of unlawful detainer which came up from a municipal court is not appealable.

The facts are stated in the opinion.

*Messrs. A. P. Rodríguez* and *A. Agosto* for the appellants.

*Mr. M. Benítez Flores* for the appellee.

Mr. Chief Justice Del Toro delivered the opinion of the court.

Díaz Brothers brought an action of unlawful detainer in a municipal court against Francisco Palau and recovered judgment in their favor. The defendant appealed and the

district court also rendered judgment in favor of the plaintiffs, mulcting the defendant in costs. The plaintiffs presented their memorandum of costs, the defendant objected to it and, the court having ruled against him, he appealed to this court.

The Act of 1905 establishing unlawful detainer proceedings expressly provides that in such actions "not more than one appeal shall be allowed in any case." This being so, there being no appeal from the judgment of the district court, no appeal can be taken from its final order on the question of costs, which amounts to the execution of one of the pronouncements of the judgment. The reasoning contained in the opinion of this court delivered by Mr. Justice Franco Soto in the case of *Marín* v. *American Railroad Co.*, 31 P. R. R. 543, is applicable.

The appeal must be dismissed.

*Appeal dismissed.*

Justices Aldrey and Hutchison concurred.
Mr. Justice Wolf dissented.
Mr. Justice Franco Soto took no part in the decision of this case.